# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CASE NO. 3:03cr12

UNITED STATES OF AMERICA

     V.

JAMES THOMAS DONEL

## ORDER

   **THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court.

   Mr. Donel was sentenced by this Court and his Judgment was filed on July 22, 2005, directing him to pay the Pineville Gun Shop $9,888.38 in restitution. The Pineville Gun Shop was an LLC under North Carolina law going by the name of LAZ Enterprises, Inc.

   The Clerk has reviewed the Articles of Incorporation of LAZ Enterprises, Inc. to confirm that Ms. Susan H. Thompson was the Secretary/Treasurer of LAZ Enterprises doing business as the Pineville Gun Shop.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments received in this case to Ms. Susan H. Thompson at the address she provides to the Department.

Signed: January 9, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court